**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUIS MARRERO,

                  Plaintiff,

-against-                                   20 **CIVIL** 3872 (PED)

                                                **JUDGMENT**

DR. KILOLO KUAKAZI,
Acting Commissioner of Social Security,

                  Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated September 15, 2021, the Commissioner's motion is GRANTED and plaintiff's motion is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      September 15, 2021

                                                    **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                         **BY:**    *K. Mango*
                                                       **Deputy Clerk**